UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| Vs. | ) Case No.  03-00360-01-CR-W-GAF |
| | ) |
| **Charles A. Cacioppo, Jr.,** | ) |
| | ) |
| **Defendant,** | ) |

## ORDER ALLOWING TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES

On the recommendation of the U. S. Probation Office, Charles A. Cacioppo, Jr., is hereby given permission to travel outside the continental United States; to wit, Cabo San Lucas, Mexico, between the dates of August 31, 2006, and September 6, 2006.

It is, therefore, so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　_/s/ Gary A. Fenner_
　　　　　　　　　　　　　　　　　　　　GARY A. FENNER
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this ___31st___ Day of ___July___, 2006.