IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-0360-01-CR-W-GAF |
| | ) | |
| CHARLES A. CACIOPPO, JR., | ) | |
| RICHARD DON PLASKETT, JR., | ) | |
| a/k/a DON PLASKETT, ANTHONY D. | ) | |
| CONFORTI, CHARLES A. CACIOPPO, | ) | |
| III and ANNA CACIOPPO, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO DETERMINE SATISFACTION OF RESTITUTION

Now pending before the Court is defendant Charles A. Cacioppo, Jr., Motion to Determine Satisfaction of Restitution. For good cause shown, it is

ORDERED that defendant Charles A. Cacioppo, Jr., has fully satisfied the restitution he owes to Rockhurst University based on his offense.

                                                        /s/ Gary A. Fenner
                                                        GARY A. FENNER, JUDGE
                                                        United States District Court

DATED:    August 29, 2006